IN THE United States DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,

    Plaintiff,    Case No. 1:06CV800-MHT

CHARLES GILMORE,

    Defendant,

REASON FOR DISMISSAL

The plaintiff case against the defendant was dismiss the plaintiff is asking the ethic reason that the plaintiff case was dismiss.

*Angela Denise Nails*
ANGELA DENISE NAILS

PRO SE