IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGELA DENISE NAILS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:06cv800-MHT |
| | ) | |
| CHARLES GILMORE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

It is ORDERED that plaintiff's motion for reason for dismissal (doc. no. 5) is granted to the extent that plaintiff is informed that the reasons for the dismissal of this case are set forth in the opinion entered on September 8, 2006 (doc. no. 3).

DONE, this the 19th day of September, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE