IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

2006 SEP 22 A 10: 14

ANGELA DENISE NAILS,

       Plaintiff,                 Case No. 06cv800-MHT

CHARLES GILMORE,

       Defendant,

CONFORMATION

The plaintiff is asking for conformation from the court.   If the plaintiff Pays the court cost can the case go forward.   The plaintiff did understand the motion to state payment of fees.

*Angela Denise Nails*
ANGELA DENISE NAILS

PRO SE