IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


ANGELA DENISE NAILS,           )
                               )
        Plaintiff,             )
                               )      CIVIL ACTION NO.
        v.                     )      1:06cv800-MHT
                               )
CHARLES GILMORE,               )
                               )
        Defendant.             )

ORDER

It is ORDERED that the motion for confirmation (doc. no. 7) is denied.  Plaintiff is informed that even if she were to pay court costs and fees, her case could still not go forward for reasons set forth in the court's opinion (doc. no. 3).

DONE, this the 26th day of September, 2006.



        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE